# fsTEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00325-CV

**Spanish Grant Civic Association Sections 1 & 2, Inc., and
Galveston Beach to Bay Preserve, Appellants**

**v.**

**Texas Commission on Environmental Quality and
Intervenor Franklin C. Jones, III, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-07-003422, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their appeal, explaining that they no longer wish to pursue the matter. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   August 1, 2008